**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-26-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **TYRUS EUGENE BROCKIE,** | |
| **Defendant.** | |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Indictment is DISMISSED without prejudice. The trial scheduled for June 17, 2019, is VACATED.

DATED this 5th day of June 2019.

_____
Brian Morris
United States District Court Judge